UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:  MARY C JACKSON,                     Case No.:  12-10262-KKS
                                            Chapter 7

          Debtor.
_____/

## REPORT AND NOTICE OF TRUSTEE'S INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO ALL CREDITORS AND PARTIES IN INTEREST:

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Bankruptcy Court at 110 E. Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Lisa C. Cohen, Ruff & Cohen, P. A., 4010 Newberry Road, Suite G, Gainesville, FL  32607.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the Trustee intends to abandon the following property of the estate:

> Real property located at 3929 NW 29th Lane, Gainesville, Alachua County, Florida as further described in Exhibit "1" attached hereto.

The subject property is being abandoned for the reason that the mortgage on the property ,which is held by Patricia M. Pavlik, 219 NW 117th Way, Gainesville, FL 32607, is approximately $92,000.00 and the property has an estimated fair market value of $75,000.00. There is thus no equity in the property.

NOTICE IS HEREBY GIVEN that all objections to the proposed abandonment must state the basis for the objection and shall include a request for hearing if one is desired. If no objections are filed, the abandonment shall be deemed to be final.

_8/24/12_
Date

/s/ Theresa M. Bender
Theresa M. Bender
P.O. Box 14557
Tallahassee, FL  32217
(850) 205-7777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic or standard mail to all creditors and parties in interest pursuant to the matrix attached to the original filed with the court, on this _24_ day of August, 2012.

_Lisa Cohen_
Lisa C. Cohen

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2548386   2 PGS
Dec 30, 2009  01:12 PM
BOOK 3928    PAGE 720
J. K. IRBY
Clerk Of Circuit Court
Alachua County  Florida
CLERK13   Receipt # 430272

Doc Stamp-Deed: $805.00



2548386        2 PGS

This instrument was prepared by:
WALTER M. TOVKACH, Esquire
2631 N.W. 41ˢᵗ Street, Suite A-2
Gainesville, Florida 32606

## WARRANTY DEED

THIS INDENTURE, made this 30 day of December, A.D. 2009, between FRANCES E. AMOS, a single woman, whose mailing address is 3931 NW 29ᵗʰ Lane, Gainesville, Florida, 32606, and PATRICIA M. PAVLIK, a married woman, whose mailing address is 219 N.W. 117ᵗʰ Way, Gainesville, Florida, 32607, (hereinafter referred to as "Grantor,") to MARY C. JACKSON, whose post office address is 3929 NW 29ᵗʰ Lane, Gainesville, Florida, 32606, hereinafter referred to as "Grantee,"

### W I T N E S S E T H :

That said Grantor, for and in consideration of the sum of Ten Dollars ($10.00), and other good and valuable consideration to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, all his lands, situate, lying and being in Alachua County, Florida, to-wit:

**THIS IS NOT HOMESTEAD.**

TAX PARCEL NO: 06107-739-029

See attached Exhibit "A"

and said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

"Grantor" and "grantee" are used for singular or plural, as context requires.

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence as witnesses:

Print Name: Kimberly Ann Tovkach

Print Name: Walter M. Tovkach

FRANCES E. AMOS

Print Name: Kimberly Ann Tovkach

Print Name: Walter M. Tovkach

PATRICIA M. PAVLIK

STATE OF FLORIDA
COUNTY OF ALACHUA

The foregoing instrument was acknowledged before me this 30 day of December, 2009, by FRANCES E. AMOS and PATRICIA M. PAVLIK, who are _____ personally known to me, or _____ who produced _____ as identification.

Walter M. Tovkach
Commission # DD577588
Expires August 11, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019

Notary Public    Print Name: Walter M. Tovkach
My Commission Expires: _____

NO REVIEW OR EXAMINATION OF THE LEGAL DESCRIPTION(S) OR TITLE(S) TO THE ABOVE-DESCRIBED PROPERTY OR PROPERTIES HAS BEEN MADE BY WALTER M. TOVKACH, OR HIS FIRM, AND THE LEGAL DESCRIPTION(S) WERE PROVIDED BY GRANTOR(S) AS THE CORRECT AND ACCURATE LEGAL DESCRIPTION(S), AND WERE DERIVED WITHOUT A SURVEY AND NO OPINIONS OR REPRESENTATIONS ARE BEING MADE EITHER EXPRESSLY OR IMPLIEDLY BY SUCH INDIVIDUAL OR FIRM AS TO THE ACCURACY OF SAID DESCRIPTION(S).

# EXHIBIT 1

Unit 3929, N.W. 29th Lane, Pebble Creek Villas, as more particularly described as follows:
A portion of the Southwest quarter (SW 1/4) of Section 26, Township 9 South, Range 19 East, City of Gainesville, Alachua County, Florida; being more particularly described as follows:
Commence at the Southwest corner of the Southwest quarter (SW 1/4) of Section 26, Township 9 South, Range 19 East; and run thence North 00 degrees, 04 minutes, 48 seconds East along the West line of said Section 26 and along the centerline of Northwest 43rd Street (100' Right-of-Way), a distance of 1985.00 feet; thence South 89 degrees, 55 minutes, 12 seconds East, 1200.68 feet to the centerline of a private drive; thence run along said centerline with the following courses and distance: 1) Northeasterly with a curve concave Northwesterly, said curve having a central angle of 27 degrees, 50 minutes, 35 seconds West, a radius of 75.00 feet, an arc length of 36.45 feet, and a chord of North 76 degrees, 09 minutes, 31 seconds East, 36.09 feet; 2) North 62 degrees, 14 minutes, 13 seconds East, 81.32 feet; 3) Northeasterly with a curve concave Northwesterly, said curve having a central angle of 62 degrees, 09 minutes, 25 seconds, a radius of 35.00 feet, an arc length of 37.97 feet, and a chord of North 31 degrees, 09 minutes, 31 seconds East, 36.13 feet; 4) North 00 degrees, 04 minutes, 48 seconds East, 72.90 feet; 5) Northeasterly with a curve concave Southeasterly, said curve having a central angle of 90 degrees, 00 minutes, 00 seconds, a radius of 38.00 feet; an arc length of 59.69 feet and a chord of North 45 degrees, 04 minutes, 48 seconds East, 53.74 feet; 6) South 89 degrees, 55 minutes, 12 seconds East, 105.22 feet; 7) Southeasterly with a curve concave Southwesterly, said curve having a central angle of 24 degrees, 22 minutes, 35 seconds, a radius of 36.00 feet, an arc length of 15.32 feet, and a chord of South 77 degrees, 43 minutes, 54 seconds East, 15.20 feet; 8) South 65 degrees, 32 minutes, 37 seconds East, 44.08 feet; 9) Southeasterly with a curve concave Southwesterly, said curve having a central angle of 54 degrees, 10 minutes, 27 seconds, a radius of 36.00 feet, an arc length of 34.04 feet, and a chord of South 38 degrees, 27 minutes, 23 seconds East, 32.78 feet; 10) South 11 degrees, 22 minutes, 10 seconds East, 122.05 feet; 11) Southeasterly with a curve concave Northeasterly said curve having a central angle of 37 degrees, 15 minutes, 19 seconds, a radius of 62.00 feet, an arc length of 40.31 feet, and a chord of South 29 degrees, 59 minutes, 49 seconds East, 39.61 feet; 12) South 48 degree, 37 minutes, 29 seconds East, 104.17 feet; thence leave said centerline and run South 40 degrees, 53 minutes, 15 seconds West, 52.96 feet to the centerline of a common wall and the Point of Beginning; thence continue South 40 degrees, 53 minutes, 15 seconds West, along said common wall and it's extension, 51.33 feet; thence North 49 degrees, 06 minutes, 45 seconds West, 12.835 feet; thence North 40 degrees, 53 minutes, 15 seconds East, 5.33 feet; thence North 49 degrees, 06 minutes, 45 seconds West, 11.50 feet; thence North 40 degrees, 53 minutes, 15 seconds East, 50.67 feet; thence South 49 degrees, 06 minutes, 45 seconds East, 12.00 feet; thence South 40 degrees, 53 minutes, 15 seconds West, 4.67 feet; thence South 49 degrees, 06 minutes, 45 seconds East, 12.335 feet to the Point of Beginning.

Label Matrix for local noticing
1129-1
Case 12-10262-KKS
Northern District of Florida
Gainesville
Wed Aug 22 11:13:47 EDT 2012

Campus USA Credit Union
P.O. Box 147029
Gainesville, FL 32614-7029

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Patricia M. Pavlik
219 NW 117th Way
Gainesville, FL 32607-1118

Pebble Creek Villas HOA
5522-B NW 43rd Street
Gainesville, FL 32653-3405

United States Trustee
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

Watson Property Management
4516-2 NW 23rd Avenue
Gainesville, FL 32606-6510

Lisa Caryl Cohen
Ruff & Cohen, P.A.
4010 Newberry Road, Ste. G
Gainesville, FL 32607-2368

Mary C Jackson
6926 SW 42nd Place
Gainesville, FL 32608-6445

Theresa M. Bender
P.O. Box 14557
Tallahassee, FL 32317-4557

End of Label Matrix
Mailable recipients     9
Bypassed recipients     0
Total                   9