UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILE DIVISION

IN RE:

MARY C. JACKSON,                                              CASE NO. 12-10262-KKS

　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7

　　　　　Debtor(s).
_____/

**UNITED STATES TRUSTEE'S**
**MOTION TO REOPEN CASE**

COMES NOW GUY G. GEBHARDT, Acting United States Trustee for Region 21, pursuant to 11 U.S.C. §350(b) and Federal Rule of Bankruptcy Procedure 5010 and files this his Motion to Reopen Case. In support thereof, the United States Trustee states:

1. On October 10, 2012 the Court closed this case and the trustee was discharged (docket no. 15).

2. Subsequent to the closing of this case the United States Trustee was advised by the former trustee of the existence of a previously unknown asset that could be administered for the benefit of creditors.

3. Because the Bankruptcy Code does not require notice and a hearing to reopen a case, the United States Trustee requests this motion be granted without a hearing. This will permit a chapter 7 trustee to investigate and administer the previously unknown asset and disburse the proceeds to administrative claimants and creditors.

4. The estate currently has no funds available to pay the fee for reopening the case. Therefore, the United States Trustee also requests that payment of the reopening fee be deferred until such time as the above referenced asset can be administered by a chapter 7 trustee.

WHEREFORE, the United States Trustee requests that the Court, without the necessity of a hearing, enter an Order reopening the case, deferring payment of the reopening fee, and directing the United States Trustee to appoint a trustee.

Respectfully submitted, this the 2nd day of May, 2013.

>Guy G. Gebhardt
>Acting United States Trustee
>Region 21


>/s/ CHARLES F. EDWARDS
>Charles F. Edwards
>Assistant United States Trustee
>110 East Park Avenue, Suite 128
>Tallahassee, FL 32301
>850-942-1660
>FAX: 850-942-1669
>Florida Bar No. 270032
>charles.edwards@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing United States Trustee's Motion to Reopen Case, and all exhibits or attachments thereto, if any, was furnished by United States Mail first class postage prepaid to: Mary C. Jackson, 6926 SW 42nd Place, Gainesville, FL 32608; Lisa Caryl Cohen, Esq., Ruff & Cohen, P.A., 4010 Newberry Road, Ste. G, Gainesville, FL 32607; and, Theresa M. Bender, Esq., P.O. Box 14557, Tallahassee, FL 32317, on this the 2nd day of May, 2013.

>/s/ CHARLES F. EDWARDS
>Charles F. Edwards